UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRENCH BROWN,

       Plaintiff,                    No. 14-11398

v.                            District Judge Linda V. Parker
                               Magistrate Judge R. Steven Whalen

OAKWOOD HEALTHCARE, INC.,
ET AL.,

       Defendants.

_____ /

**ORDER**

      Before the Court is Plaintiff's self-styled "Motion; Grievance of the Defendant's Outrageous Malfeasance Conduct as Officers of the Court" [Doc. #52]. He cites the Michigan Rules of Professional Conduct and the Sixth Amendment. In terms of relief, he merely asks the Court "to address the issues."

      If Plaintiff believes in good faith that opposing counsel has violated the Michigan Rules of Professional Conduct, his remedy is with the Attorney Grievance Commission, not with this Court. Moreover, his motion does not ask for any specific relief, and it is not this Court's role to guess at what the Plaintiff wants. Finally, the Sixth Amendment applies to criminal cases. This is a civil case.

      Plaintiff's motion [Doc. #52] is DENIED.

      IT IS SO ORDERED.

                               s/R. Steven Whalen
                               R. STEVEN WHALEN
                               UNITED STATES MAGISTRATE JUDGE

Dated: January 31, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 31, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager
